```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 41815
    LAURA L RIOS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6184

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 09/29/2005 and was confirmed 12/12/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  11.00%.

      The case was dismissed after confirmation 10/20/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID

------------------------------------------------------------------------------
 HARRIS NA                  SECURED              940.97         77.10         940.97
 HOUSEHOLD BANK             NOTICE ONLY      NOT FILED            .00            .00
 AHMED M HUSSAIN            UNSECURED        NOT FILED            .00            .00
 BANK OF AMERICA NA         UNSECURED           1312.18           .00          75.15
 CAPITAL ONE                UNSECURED            965.00           .00          55.26
 CHASE BANK N A             UNSECURED        NOT FILED            .00            .00
 COLLECTION COMPANY OF AM   UNSECURED        NOT FILED            .00            .00
 CREDITORS COLLECTION BUR   UNSECURED        NOT FILED            .00            .00
 ECAST SETTLEMENT CORP      UNSECURED             484.02          .00          16.02
 HARRIS & HARRIS            UNSECURED        NOT FILED            .00            .00
 ECAST SETTLEMENT CORP      UNSECURED            7330.54          .00         419.80
 HFC                        UNSECURED        NOT FILED            .00            .00
 HOUSEHOLD FINANCE          UNSECURED        NOT FILED            .00            .00
 ECAST SETTLEMENT CORP      UNSECURED             742.28          .00          33.54
 MUTUAL HOSPITAL SVC INC    UNSECURED        NOT FILED            .00            .00
 PRAIRIE STATE COLLEGE      UNSECURED        NOT FILED            .00            .00
 TARGET                     UNSECURED        NOT FILED            .00            .00
 AFNI                       UNSECURED             648.32          .00          37.13
 WELL GROUP HEALTH PARTNE   UNSECURED        NOT FILED            .00            .00
 ROUNDUP FUNDING LLC        UNSECURED             638.88          .00          36.59
 HARRIS NA                  UNSECURED        NOT FILED            .00            .00
 INGALLS HOSPITAL           UNSECURED        NOT FILED            .00            .00
 NEW YORK & COMPANY         UNSECURED        NOT FILED            .00            .00
 SULLIVAN URGENT AID        UNSECURED        NOT FILED            .00            .00
 ROBERT V SCHALLER ^        DEBTOR ATTY         2,460.00                     2,460.00
 TOM VAUGHN                 TRUSTEE                                            281.34
 DEBTOR REFUND              REFUND                                              22.45

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 41815 LAURA L RIOS
```

```
TRUSTEE                                       4,455.35

PRIORITY                                                           .00
SECURED                                                         940.97
    INTEREST                                                     77.10
UNSECURED                                                       673.49
ADMINISTRATIVE                                                2,460.00
TRUSTEE COMPENSATION                                            281.34
DEBTOR REFUND                                                    22.45
                                          ---------------  ---------------
TOTALS                                        4,455.35         4,455.35
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/26/09              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 05 B 41815 LAURA L RIOS